UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: HOWARD LISNOFF                                  M.C. No. 10-25 S

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 16, 2010 in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Court hereby adopts the Report & Recommendation in full and DENIES the Motion to Expunge filed by Howard Lisnoff. Further, the Court hereby DISMISSES the matter pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because it fails to state a claim upon which relief may be granted.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 9/8/10